# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: DEANNA J. FRINGER         §     Case No. 15-80296
                                 §
                                 §
         Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was converted to chapter 13 on 04/20/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 09/04/2015.

6) Number of months from filing or conversion to last payment: 1.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,164.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 200.00 | |
| Less amount refunded to debtor(s) | $ 188.40 | |
| **NET RECEIPTS** | | $ 11.60 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 11.60 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 11.60 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,800.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MCKENNA STORER | Lgl | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Sec | 13,697.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY FEDERAL | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Sec | 7,250.00 | 4,432.42 | 0.00 | 0.00 | 0.00 |
| ABC WAGES | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ACTION PAYDAY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,033.00 | 1,033.65 | 1,033.65 | 0.00 | 0.00 |
| BEST BUY CREDIT SERVICES | Uns | 995.00 | NA | NA | 0.00 | 0.00 |
| BEST CHOICE 123 | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 3,325.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 2,135.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 616.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 2,500.00 | 3,687.50 | 3,687.50 | 0.00 | 0.00 |
| COMENITY BANK / PEEBLES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK / VCTRSSEC | Uns | 688.00 | NA | NA | 0.00 | 0.00 |
| COMENITY - GORDMANS | Uns | 942.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED / NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT OF ED / NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DSNB MACYS | Uns | 191.00 | NA | NA | 0.00 | 0.00 |
| EXTRA FUNDS CASH | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| FAST E - FUNDS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 2,280.00 | 2,280.45 | 2,280.45 | 0.00 | 0.00 |
| GENTLE BREEZE | Uns | 638.94 | NA | NA | 0.00 | 0.00 |
| GOLDEN VALLEY LENDING | Uns | 1,270.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 941.00 | 962.14 | 962.14 | 0.00 | 0.00 |
| GREENTRUST CASH | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| HARVEST MOON | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 2,511.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CASH ADVANCE | Uns | 598.31 | NA | NA | 0.00 | 0.00 |
| ISPEEDY LOANS | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| JONATHAN BIESIEGAL | Uns | 1,755.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 619.00 | 619.55 | 619.55 | 0.00 | 0.00 |
| MACYS | Uns | 78.72 | NA | NA | 0.00 | 0.00 |
| MAXLEND | Uns | 1,175.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY COUNTY FCU | Uns | 3,175.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 20,787.04 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 17,403.97 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 12,942.25 | 0.00 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Uns | 16,035.00 | NA | NA | 0.00 | 0.00 |
| RICHARD FRINGER | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| SEARS / CBNA | Uns | 2,705.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 7,119.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,191.00 | 1,257.41 | 1,257.41 | 0.00 | 0.00 |
| SYNCB / TJX COS | Uns | 422.00 | NA | NA | 0.00 | 0.00 |
| TARGET CASH | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA / TARGETCRED | Uns | 422.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 423.00 | 422.72 | 422.72 | 0.00 | 0.00 |
| US WATERPROOFING | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| WEST RIVER FINANCE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| WHITE PINE LENDING | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| RICHARD E FRINGER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHAYNE E FRINGER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUANTUM3 GROUP LLC as agent for | Uns | 0.00 | 688.27 | 688.27 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 19,157.62 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 11,951.69 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 11.60 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 11.60 |

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/19/2015            By:  /s/ Lydia S. Meyer
                                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.